# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-18760

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Waunita R. Weingart and Alois Craig Weingart<br><br>Debtors. | No. 2:09-bk-15380-SSC<br><br>Chapter 7<br><br>Adversary Proceeding<br><br>Case No.: 2:09-ap-01292 |
| Wells Fargo Bank, N.A.<br><br>Movant,<br>vs.<br><br>Waunita R. Weingart and Alois Craig Weingart, Debtors; Roger W. Brown, Trustee.<br><br>Respondents. | ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. §523 AND §727, AND OBJECTIONS TO DISCHARGE |

Plaintiff, Wells Fargo Bank, N.A. (hereinafter "Wells Fargo"), by and through its counsel, Tiffany & Bosco, P.A., for causes of action against the Defendants named above, alleges and complains as follows:

**THE PARTIES AND JURISDICTION**

1. Plaintiff seeks to determine the dischargeability of certain debts pursuant to Bankruptcy Rules 4007 and 7001(6), and bring this adversary proceeding pursuant to 11 U.S.C. § 523(a)(2) and (4), 11 U.S.C. § 727(a)(4), and 11 U.S.C. § 105(a).

2. Waunita R. Weingart and Alois Craig Weingart (hereinafter collectively "Defendants") filed a petition for relief under Chapter 7 of the Bankruptcy Code on July 2, 2009.

3. The question of Defendants' discharge has not as of this date been determined.

4. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334 and § 157(b).

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

6. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I) and (J).

**FACTUAL ALLEGATIONS-SAXEBOROUGH PROPERTY**

7. The parcel of real property at issue in this adversary proceeding is commonly known as 7766 Saxeborough Drive, Castle Rock, CO 80104 (hereinafter "the Saxeborough Property"), which is legally described as follows:

LOT 21, CHARTER OAKS, COUNTY OF DOUGLAS, STATE OF COLORADO.

8. Defendants obtained title to the Saxeborough Property via a Warranty Deed recorded on September 18, 1997 at Reception No. 9752193 in the office of the Clerk and Recorder of Douglas County, Colorado.

9. Wells Fargo claims an interest in the Saxeborough Property by virtue of a Promissory Note and Deed of Trust dated October 18, 2005, in the original amount of $412,500.00. Wells Fargo holds the beneficial interest under this Deed of Trust.

10. Upon information and belief, Defendants acting through title agencies owned and/or controlled by Defendant Waunita Weingart closed at least eighteen loans allegedly secured by the Saxeborough Property from 1999 through 2008 in excess of $6.7 million. Upon

information and belief, these title agencies include Colorado County & Community Title, LLC and Real Estate Title, LLC.

11. Upon information and belief, the title agencies owned and/or controlled by Defendant Waunita Weingart did not use the loan proceeds to satisfy prior encumbrances upon the Saxeborough Property. Rather, upon information and belief, the loan proceeds were either converted or were used at least in part to debt service the numerous loans on the Saxeborough Property for some period of time.

12. Upon information and belief, the title agencies owned and/or controlled by Defendant Waunita Weingart either did not record or did not timely record the multiple deeds of trust on the Saxeborough Property. Many of said deeds of trust were recorded years after the date of execution or were not recorded at all.

13. Upon information and belief, the title agencies owned and/or controlled by Defendant Waunita Weingart did not disclose the existence of the untimely recorded or unrecorded deeds of trust to Wells Fargo, or any of the other lenders with a purported interest in the Saxeborough Property.

14. On February 25, 2009, Wells Fargo Bank, N.A., as Trustee of the Security National Mortgage Loan Trust 2005-2, caused a foreclosure sale of the Property to be conducted pursuant to a deed of trust dated October 12, 2000 and recorded on April 22, 2002 at Reception No. 02038658 in the office of the Clerk and Recorder of Douglas County, Colorado. This foreclosure sale extinguished the Deed of Trust of Wells Fargo on the Saxeborough Property.

15. Upon information and belief, due to the pattern of fraud committed over the last ten years by Defendants and their title agents, multiple deeds of trust, both recorded and unrecorded, were executed purportedly securing in excess of $6.7 million of loans payable to numerous lenders on the Saxeborough Property. Upon information and belief, nearly all of these deeds of trust were intended by the lenders to represent first position liens on the

Saxeborough Property, which was valued at $431,303.00 according to the most recent valuation of the Douglas County Assessor's Office.

### FIRST CAUSE OF ACTION

16. Based upon the facts set forth herein, Defendants' debt on the Wells Fargo Loan is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2) and (4), and 11 U.S.C. § 727(a)(4).

17. Pursuant to the terms of the subject Promissory Note and Deed of Trust for the Wells Fargo Loan, Wells Fargo is entitled to an award of attorneys' fees and costs incurred herein.

### PRAYER

WHEREFORE, Plaintiff prays for judgment on all causes of action set forth herein as follows:

1. For an order determining that Defendants' respective debts referenced herein are nondischargeable pursuant to 11 U.S.C. § 523(a)(2) and (4);

2. For an order denying the entire discharge of Defendants pursuant to 11 U.S.C. § 727(a)(4);

3. For an award of attorneys' fees incurred herein;

4. For costs of court;

5. For any and all additional relief deemed appropriate by this Honorable Court.

DATED this 5th day of October, 2009.

                Respectfully submitted,

                TIFFANY & BOSCO, P.A.

                BY  /s/ LJM # 014228
                    Mark S. Bosco
                    Leonard J. McDonald
                    Attorney for Movant

Copy of the foregoing
Mailed on October 6, 2009, to:

Waunita R. Weingart and Alois Craig Weingart
20606 N. Tammy St.
Maricopa, AZ 85238
Debtors

Leonard V. Sominsky
3839 N. 3rd Street
Suite 205
Phoenix, AZ 85012
Attorney for Debtors

Roger W. Brown
P.O. Box 32967
Phoenix, AZ 85064-2967
Trustee

Arizona Department of Revenue
P.O. Box 52016
Phoenix, AZ 85072-2016

Colorado State Deparment of Revenue
1375 Sherman St. Rm #409
Denver, CO 80261

Internal Revenue Service (7)
Spec Proc MS# 5082PX
210 East Earll Dr BK Disc
Phoenix, AZ 85012-9863

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: /s/ Paula D. Hillock