Leonard V. Sominsky #20013
**LEONARD V. SOMINSKY ESQ., PC.**
3839 N. 3rd Street, Suite 205
Phoenix, Arizona 85012
Telephone (602) 256-9800

Counsel for Defendants

LS000061-00/LVS
Answer-WF-TB.wpd

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | No. 09-15380-ECF-SSC |
| Waunita R. Weingart and Alois Craig | Adversary #09-AP-01292 |
| Debtors. | **ANSWER AND AFFIRMATIVE DEFENSES** |
| | CHAPTER 7 |
| Wells Fargo Bank, N.A., | |
| Movant | |
| v. | |
| Waunita R. Weingart and Alois Craig | |
| Respondents. | |

**COME NOW**, the Defendants, by and through their undersigned counsel LEONARD V. SOMINSKY ESQ., PC., and for their Answer allege as follows:

1. That they admit the allegations of Paragraph 1 through 8.

2. That the Defendants are without knowledge or information

1

sufficient to form a belief as to the truth of the allegations in paragraph 14 and therefore denies same.

3. That they admit the allegations of Paragraph 10 that the Defendants used Colorado Country & Community Title, LLC and Real Estate Title, LLC, however the Defendants are without knowledge or information sufficient to form a belief as to the truth of the other allegations in that paragraph.

4. Defendants Deny all allegations in Paragraph 9, 11 and 13.

5. That the Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 and therefore denies same.

6. Defendants Deny the allegations in Paragraph 12, and the Defendants are without knowledge or information sufficient to form a belief as to the when the deeds were recorded and therefore denies same.

7. Defendants Deny the allegations in Paragraph 15, and the Defendants are without knowledge or information sufficient to form a belief as to the intent of the lenders, or the amount of the loans and therefore denies same.

8. Defendants Deny all allegations in Paragraph 16 and 17.

9. Defendants Deny all allegations not specifically admitted.

**AFFIRMATIVE DEFENSES**

Defendants affirmatively allege that the Plaintiff's Complaint fails to sate a claim for which relief can be granted; that plaintiff's allegations of Fraud fail to meet the requirements of B.R.C.P. 7009 and F.R.C.P 9; that Plaintiff's Complaint is further barred by virtue of the statute of limitations, collateral estoppel, waiver, release, impracticability, Substantial Performance, Failure of Consideration, Failure of Condition, unconscionability and that the Plaintiff caused or contributed to his own injury, if any.

**WHEREFORE**, the Defendants seek a determination from this Court that the debts owed to Plaintiff are completely dischargable, that the Debtors are entitled to a Discharge and further seek Judgment against Plaintiff as follows:

i. For the Defendants attorneys fees herein incurred and expended;

ii. For the Defendants Court costs herein incurred and expended;

iii. For such other relief as this Court may deem just and proper.

**DATED** this November 5th, 2009.

/s/ Bar # 20013
Leonard V. Sominsky
**LEONARD V. SOMINSKY ESQ., PC.**
3839 N. 3rd Street, Suite 205

```
 1                                      Phoenix, Arizona 85012
                                        Telephone: (602) 256-9800
 2                                      Counsel for Defendants

 3

 4   Original filed this 5th day of
     November 2009, with:
 5

 6   U.S. Bankruptcy Court
     230 N. First Ave
 7   Phoenix, AZ 85003

 8   **COPY** of the foregoing
     mailed this this 5th day of
 9   November 2009, to:

10
     Roger W. Brown
11   PO Box 32967
     Phoenix, AZ 85064
12   Trustee

13
     Leonard McDonald, Esq.
14   Tiffany & Bosco
     2525 E. Camelback Rd.#300
15   Phoenix, Arizona 85016

16

17   By /s/ Leonard V. Sominsky
     Bar # 20013
18

19

20

...

28
```